In the Matter of JAMES M. WEST, Petitioner, v JOHN B. LEMPKE, Superintendent, Five Points Correctional Facility, et

1440 

al., Respondents. [869 NYS2d 810]

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.